IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS DUPREE, | : | Civil No. 3:20-cv-878 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| JOHN E. WETZEL, *et al.*, | : | |
| Respondents | : | |

FILED
SCRANTON
APR 26 2021
PER _____
DEPUTY CLERK

## ORDER

AND NOW, this 26th day of April, 2021, upon consideration of Respondents' motion (Doc. 29) to transfer this action to the United States District Court for the Eastern District of Pennsylvania, and for the reasons set forth in the accompanying Memorandum,

**IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 29) is **GRANTED**.

2. The Clerk of Court is directed to **TRANSFER** the above-captioned action to the United States District Court for the Eastern District of Pennsylvania.

3. The Clerk of Court is further directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge